UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS VASQUEZ-EUSEBIO,

Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that there shall be a Curcio hearing in this matter on **December 30, 2019 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Any submissions are due **December 19, 2019**.

Dated: New York, New York
December 16, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge