UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

LUIS VASQUEZ-EUSEBIO,

Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the <u>Curcio</u> hearing in this matter currently scheduled for **January 7, 2020** is adjourned to **January 16, 2020 at 2:30 p.m.**

Dated: New York, New York
January 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge