UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| LUIS VASQUEZ-EUSEBIO, | 19 Cr. 868 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Luis Vasquez-Eusebio's sentencing will take place on **October 18, 2021 at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Any submissions on behalf of Defendant Vasquez-Eusebio are due by **September 27, 2021**. The Government's submission is due by **October 4, 2021**.

      The Probation Department is directed to prepare a presentence investigation report for Defendant Vasquez-Eusebio.

Dated: New York, New York
       June 17, 2021

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge