UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

LUIS VASQUEZ-EUSEBIO,

Defendant.

**ORDER**

19 Cr. 868 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for December 20, 2021 at 12:00 p.m. is adjourned to **January 5, 2022 at 11:00 a.m.**  The sentencing will take place in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, NY.

Dated:  New York, New York
        December 17, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge